IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BERNARDO GRIFFIN,

    Plaintiff,

v.

OFFICER JAQUINTON LLOYD, and
SGT. MICHAEL HARTMYER,

    Defendants.

CV 615-065

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 27.) Accordingly, this matter is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 30th day of August, 2016.

    HONORABLE J. RANDAL HALL
    UNITED STATES DISTRICT JUDGE
    SOUTHERN DISTRICT OF GEORGIA